IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CODY ROBERTS, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-CV-451-MTT |
| | * |
| JAY ROBERTS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of January, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk